**CONAGRA PACKAGED FOODS, L.L.C., Appellant,**

v.

**Dennis O'BRIEN and Treasurer of the State of Missouri-Custodian of the Second Injury Fund, Respondents.**

**WD 80226**

Missouri Court of Appeals, Western District.

Filed: November 28, 2017

Douglas M. Greenwald, Kansas City, KS for appellant.

Kenneth K. Vuylsteke, Wesbster Groves, and Keyla S. Wilfond, Cape Girardeau for respondent.

Before Division Three: Alok Ahuja, P.J., and Thomas H. Newton and Cynthia L. Martin, JJ.

## ORDER

PER CURIAM:

ConAgra Packaged Foods, L.L.C., appeals from the Labor and Industrial Relations Commission's award of worker's compensation benefits to Dennis O'Brien for injuries he suffered after being exposed to a toxic chemical at ConAgra's food processing facility in Marshall. ConAgra argues that the evidence before the Commission was insufficient to establish that any chemical exposure was the prevailing factor in causing O'Brien's injuries. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).